IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| SAUER-DANFOSS (US) COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C/A No.: 8:12-cv-03435-GRA |
| ) | |
| NIANZHU LUO, RUIYONG RUAN, ) | |
| GUORUI HYDRAULIC a/k/a GRH, ) | **AMENDED ORDER** |
| JIANGSU GUORUI HYDRAULIC ) | (Written Opinion) |
| MACHINERY CO., LTD., and ) | |
| SHANGHAI GUORUI HYDRAULIC ) | |
| TECHNOLOGY CO., LTD., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This Order is being issued by this Court to reschedule the date of the preliminary injunction hearing set by this Court's previous Order of September 17, 2013 due to conflicts arising over use of the courtroom. The hearing that was previously scheduled shall now be set for Wednesday, September 25 at 9:30 a.m.

This Court issued an Order on March 26, 2013 postponing the pending hearing on Sauer-Danfoss' Motion for Preliminary Injunction, extending and expanding the Temporary Restraining Order, and staying all proceedings in this case until the remaining Defendants have been served or until Sauer-Danfoss has decided to discontinue efforts to serve any un-served parties. ECF No. 68. Plaintiff's Motion for a preliminary injunction has been pending since December 5, 2012 and a hearing has not yet been held on this motion. ECF No. 4. Additionally, the *ex parte* Temporary Restraining Order entered by Judge Herlong on December 5, 2012 is still in effect although altered by this Court's Order on March 26, 2013. ECF No. 8 & 68. Based

on the amount of time that has elapsed and the failure to either serve or discontinue efforts to serve Defendant Jiangsu Guorui Hydraulic Machinery Co., Ltd., this Court finds that its March 26, 2013 Order is no longer adequate.

**IT IS THEREFORE ORDERED** that a hearing on the preliminary injunction is to be held on Wednesday, September 25 at 9:30 a.m. before this Court at the Second Floor Courtroom of the G. Ross Anderson, Jr. Federal Building and United States Courthouse, 315 South McDuffie Street, Anderson, SC.  Plaintiff has until this hearing to serve the remaining Defendant.  If the remaining un-served Defendant is not served by this date, then the case will be dismissed as to that Defendant.  At this hearing, this Court will hear any objections by the public to sealing the courtroom along with a reasonable time to state any objections.  After this, the Court will conduct an initial *in camera* review as to whether trade secrets are likely to be involved and then decide whether the courtroom is to be sealed.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

September __17__, 2013
Anderson, South Carolina